IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIVAKUMAR PADMANABAN,<br><br>    Plaintiff,<br> v.<br><br>RANDSTAD GENERAL PARTNER (U.S.) LLC, *et al.*,<br><br>    Defendants. | Civil No. 1:19-cv-677<br><br>Hon. Liam O'Grady |

## ORDER

The Court has received Plaintiff's Notice of Dismissal of Defendant Cognizant Technology Solutions India Limited (Dkt. 4) and finds good cause to **DISMISS** this case **WITHOUT PREJUDICE** as to Defendant Cognizant Technology Solutions India Limited.

It is **SO ORDERED.**

July \_\_ 2019
Alexandria, Virginia

              Liam O'Grady
              United States District Judge